Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA LINGAT-COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:18-cv-00569-APG-PAL<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** |

PLEASE TAKE NOTICE that Plaintiff MARIA LINGAT-COLLIER and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Equifax, with prejudice, within 60 days. Plaintiff requests that all pending dates and

PLAINTIFF'S NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC - 1

filing requirements as to Equifax, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Equifax.

Dated this 31st of May, 2018.

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **July 30, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: June 1, 2018

Peggy A. Leen
United States Magistrate Judge

PLAINTIFF'S NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC - 2

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on this 31st day of May, 2018, I caused the document **NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC