**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA LINGAT-COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-00569-APG-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff Maria Lingat-Collier ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Amended Complaint.

On June 04, 2018, Plaintiff filed her Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Amended Complaint is June 18, 2018. Trans Union needs additional time to prepare its response to the arguments presented in Plaintiff's Amended Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Amended Complaint up to and including July 2, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Amended Complaint. The current deadline for Trans Union to respond to Plaintiff's Amended Complaint has not yet expired.

1
[2577172v1]

Respectfully submitted on June 14, 2018.

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

*/s/ Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No.12796
Miles N. Clark
Nevada Bar No.13848
Knepper & Clark, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (703) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger
Nevada Bar No. 9086
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Counsel for Plaintiff

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 18th day of June, 2018.

UNITED STATES MAGISTRATE COURT JUDGE

2
[2577172v1]