Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA LINGAT-COLLIER,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION, LLC,<br><br>   Defendants. | Case No.: 2:18-cv-00569-APG-PAL<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE**<br><br>**ORDER** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

_____ 9/14/2018
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

Dated September 14, 2018.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Bradley T. Austin* |
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 13064 |
| Miles N. Clark, Esq. | 3883 Howard Hughes Pkwy., Ste. 1100 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Email: baustin@swlaw.com |
| Email: miles.clark@knepperclark.com | |
| | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Equifax Information Services, LLC* |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

*Lingat-Collier v. Experian Information Solutions, Inc. et al*
Case No. 2:18-cv-00569-APG-PAL

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, 

## WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this \_\_\_\_ day of _____ 2018.

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE - 2